```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF ILLINOIS
                       EASTERN DIVISION

JOHN MARTINEZ,                 )
                               )
          Plaintiff,           )
                               )
     v.                        )        10 C 6837
                               )
DR. PARTHA GHOSH, DR. LIPPING  )
ZHANG, SANDY THOMPSON,         )
DANIELLE TAYLOR, WARDEN        )
ANTHONY RAMOS, MARGRET         )
THOMPSON, SARAH JOHNSON, AND   )
MICHAEL P. RADLE,              )
                               )
          Defendants.          )
```

<u>MEMORANDUM ORDER</u>

This pro se action by Danville Correctional Center ("Danville") inmate John Martinez ("Martinez") was the subject of a November 12, 2010 status hearing that established the basis on which the lawsuit may go forward. This Court has consequently made the determination called for by 28 U.S.C. § 1915 ("Section 1915") as to the handling of Martinez' application to proceed without full prepayment of the $350 filing fee.

Based on Martinez' submission of a printout of the transactions in his trust fund account at Danville, this Court has determined that the average monthly deposits for the most recent six-month period covered by that printout (see Section 1915(b)(1)(A)) came to $134.10, so that the required initial partial filing fee payment (20% of that amount, as called for by Section 1915(b)(1)) is $26.82. Accordingly Martinez' application is granted to the extent that he need not pay the full $350

filing fee in advance, although he must pay the entire fee in future installments.

Martinez is therefore assessed an initial payment of $26.82, and the Danville trust fund officer is ordered to collect that amount from Martinez' trust fund account and to pay it directly to the Clerk of Court ("Clerk"):

        Office of the Clerk
        United States District Court
        219 South Dearborn Street
        Chicago, IL 60604

        Attention: Fiscal Department

Both that initial payment and all future payments called for in this memorandum order shall clearly identify Martinez' name and the 10 c 6837 case number assigned to this action. To implement these requirements, the Clerk shall send a copy of this memorandum order to the Danville trust fund officer.

After such initial payment, the trust fund officer at Danville (or at any other correctional facility where Martinez may hereafter be confined) is authorized to collect monthly payments from Martinez' trust fund account in an amount equal to 20% of the preceding month's income credited to his account. Monthly payments collected from the trust fund account shall be

forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid.

                                                             */s/ Milton I. Shadur*  
                                                          Milton I. Shadur  
                                                          Senior United Stats District Judge

Dated:    November 18, 2010